```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :
                                   :        SUPERSEDING
VISI LNU,                          :        INDICTMENT
GENTIAN CARA,                      :
ALBERT TAMALI,                              S2 10 Cr.
     a/k/a "Berti,"                :
     a/k/a "Daniel Weiss,"         :        10 CRIM    464
MARJAN TAMALI,                     :
JOANNA PAKULSKI,                   :
                                   :
        Defendants.                :
                                   :
- - - - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-10

## COUNT ONE

The Grand Jury charges:

1. From at least in or about 2003, up to and including in or about 2007, in the Southern District of New York and elsewhere, VISI LNU, GENTIAN CARA, ALBERT TAMALI, a/k/a "Berti," a/k/a "Daniel Weiss," MARJAN TAMALI, and JOANNA PAKULSKI, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that VISI LNU, GENTIAN CARA, ALBERT TAMALI, a/k/a "Berti," a/k/a "Daniel Weiss," MARJAN TAMALI, and JOANNA PAKULSKI, the defendants, and others known and unknown, would and did

distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a).

    3.   The controlled substance involved in the offense was 100 kilograms and more of mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(B).

    (Title 21, United States Code, Section 846.)

### COUNT TWO

The Grand Jury further charges:

    4.   In or about June 2005, in the Southern District of New York, the Eastern District of New York, and elsewhere, VISI LNU, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of firearms, to wit, the defendant and other co-conspirators not named as defendants herein obtained

and possessed firearms to protect their narcotics business and intended to use those firearms in retaliation for a robbery by other drug dealers of their narcotics and narcotics proceeds.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VISI LNU,
GENTIAN CARA,
ALBERT TAMALI,
MARJAN TAMALI,
JOANNA PAKULSKI,

Defendants.

S2 INDICTMENT

(Title 18, United States Code, Sections 1959(a)(1), 924(c)(1)(A)(ii), and 2; Title 21, United States Code, Section 846).

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

May 27, 2010
Filed Second Superceding Indictment.
Ordered Filed Under Seal.   Freeman, USMJ

May 28, 2010
A/w's ordered for all defendants
Freeman, USMJ

4