

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2015

**VIA ECF AND ELECTRONIC MAIL**
The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States* v. *Joanna Pakulski*, S2 10 Cr. 464 (KBF)

Dear Judge Forrest:

On September 3, 2015, after having been extradited from Canada, the defendant in the above-referenced case appeared before the Court for an arraignment and an initial pre-trial conference. During the conference, Your Honor inquired whether the defendant, if convicted, could serve any potential sentence of imprisonment in Canada. The Government writes to respond to Your Honor's inquiry.

Both Canada and the United States are signatories to the Council of Europe Convention on the Transfer of Sentenced Persons (the "Treaty"). Assuming the defendant is convicted and sentenced to a term of imprisonment, the defendant can apply for transfer to Canada after she arrives at her designated correctional facility to begin her sentence. The Treaty provides the conditions for transfer, which include, among other things, that the sentencing and administering States agree to the transfer. Accordingly, if both the United States and Canada approve the defendant's transfer request, the defendant would be moved to Canada on one of four quarterly transfers per year.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Gina Castellano
Assistant United States Attorney
(212) 637-2224

cc: Jeffery L. Greco, Esq. (by email and ECF)
    Daniel DeMaria, Esq. (by email and ECF)